| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 13, 2015<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLADYS TINCO MONDRAGON,<br><br>　　　　Defendant. | Case No.  2:15-mj-00142-CKD<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  GLADYS TINCO MONDRAGON ,

Case No.  2:15-mj-00142-CKD  from custody for the following reasons:

　　　　_____  Release on Personal Recognizance

　　　　  X    Bail Posted in the Sum of $   100,000

　　　　　　　_____  Unsecured Appearance Bond $   .

　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　_____  Appearance Bond with Surety

　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　_____  (Other): Pretrial Services conditions. Signature bond to be ⌀replaced by property bond within 14 days.

Issued at Sacramento, California on July 13, 2015 at 2:20 p.m.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney