UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 13, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLADYS TINCO MONDRAGON,<br><br>Defendant. | Case No. 2:15-mj-00142-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release GLADYS TINCO MONDRAGON

,

Case No. 2:15-mj-00142-CKD from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 100,000

\_\_\_\_\_ Unsecured Appearance Bond $ .

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): Pretrial Services conditions. Signature bond to be ~~p~~replaced by property bond within 14 days.

Issued at Sacramento, California on July 13, 2015 at 2:20 p.m.

By: *[signature]*

Magistrate Judge Carolyn K. Delaney